UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LORI OSBORN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:14-cv-02438-STA-dkv |
| | ) |
| CIGNA GROUP INSURANCE and | ) |
| CONNECTICUT GENERAL LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this entire case be dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).


By:    s/Ronald D. Krelstein, with permission
Ronald D. Krelstein, TN BPR No. 008223
7515 Corporate Centre Drive
Germantown, TN  38138
901.754.9935
rdkrcl@bellsouth.net
*Attorneys for Plaintiff*

1

706690

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By:  s/Cameron S. Hill
Cameron S. Hill, TN BPR No. 017408
1800 Republic Centre, 633 Chestnut Street
Chattanooga, TN  37450-1800
423.209.4160
chill@bakerdonelson.com
*Attorneys for Defendants*

706690