IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |  | |
|---|---|---|---|
| **LORI OSBORN,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | | |
| | ) | | |
| v. | ) | No. 14-2438-STA-dkv | |
| | ) | | |
| **CIGNA and CONNECTICUT** | ) | | |
| **GENERAL LIFE INSURANCE** | ) | | |
| **COMPANY,** | ) | | |
| | ) | | |
| **Defendant.** | ) | | |

## ORDER OF DISMISSAL

Before the Court are Plaintiff's Motion to Remand (ECF No. 5) and Plaintiff's Motion to Strike (ECF No. 10). On August 12, 2014, the Parties filed a Stipulation of Dismissal (ECF No. 17) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Stipulation the case is hereby **DISMISSED with prejudice** and the Motion to Remand and the Motion to Strike are **DENIED as moot**.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: August 12, 2014